AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>DEFRANCO ALLISON JR.<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:23mj9038<br>)<br>)<br>)<br>) |

**FILED**
11:15 am Feb 22 2023
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/2/2022__ in the county of __Cuyahoga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Christopher Kiah
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 02/22/2023 at 10:56 a.m.

_____
*Judge's signature*

City and state: Cleveland, OH

Magistrate Judge Jennifer Dowdell Armstrong
*Printed name and title*